**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| McIrvin et al | vs | Gynecare, Inc. et al | No. | 11cv844-JLS |

| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |

It is hereby ordered that the Honorable Louisa Porter hereby recuses from the above entitled case and orders that the case be reassigned to another magistrate judge.

Assigned to:   The Honorable Ruben Brooks

New Case #:   11cv844-JLS (RBB)

**Please forward judge's court file to new assigned judge.**

Date:   April 26, 2011        Deputy: