UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE MITCHELL D. DEMBIN | **ORDER OF TRANSFER** |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Ruben B. Brooks to the calendar of the Honorable Mitchell D. Dembin for all future proceedings. After this transfer, the case number should be changed to reflect Magistrate Judge Mitchell D. Dembin's initials ("MDD"). Therefore, in all case numbers, the "(RBB)" that appears after the case number should be changed to "(MDD)" to ensure all documents are properly routed.

All pending dates on Magistrate Judge Brooks's calendar are hereby vacated, to be reset by Magistrate Judge Dembin. The parties in the cases listed in this order are advised that they will be informed by the Court on an individual basis with respect to

//

//

- 1 -

rescheduling any pending dates. All dates before the district judge will remain unchanged.

| **Case No.** | **Case Title** |
|---|---|
| Lopez v. Uribe | 11cv0216 WQH |
| Lively v. Tovar et al | 11cv0153 LAB |
| McIrvin et al v. Gynecare, Inc. et al | 11cv0844 JLS |
| RB Technologies, LLC v. Lifeshield Security, Inc. | 10cv2339 JLS |

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
Ruben B. Brooks
United States Magistrate Judge

cc: All Judges
    All Counsel